United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sara Lewis and James Lewis, as trustees on behalf of the James and Sara Lewis Trust U/A 05/11/18, derivatively on behalf of Nominal Defendant, Nextera Energy, Inc., Plaintiffs,<br><br>v.<br><br>John W. Ketchum, et al., Defendants<br><br>and<br><br>Nextera Energy, Inc., Nominal Defendant. | Civil Action No. 23-61974-Civ-Scola |
| Amy Lamborn, derivatively on behalf of Nominal Defendant, Nextera Energy, Inc., Plaintiff,<br><br>v.<br><br>John W. Ketchum, et al., Defendants<br><br>and<br><br>Nextera Energy, Inc., Nominal Defendant. | Civil Action No. 23-81471-Civ-Scola |

## Order Consolidating Related Cases

After a review of the initiating documents in the above-captioned cases, the Court **grants** the Plaintiffs' unopposed motion to consolidate related derivative actions, finding both cases share common questions of both law and fact and should be consolidated for purposes of discovery and trial. In addition, the Court **grants** the Plaintiffs' motion to appoint SteinLaw and Morris Kandinov as co-lead counsel for the Plaintiffs. (**ECF No. 11** in the 23-81471 case).

Accordingly, the Court **orders** as follows:

1. *Lamborn v. Ketchum, et al.* (Case No. 23-81471) is **consolidated** with the related lower-numbered action, *Lewis, et al. v. Ketchum, et al.* (Case No.

23-61974). <u>All future filings in both actions must be submitted under case number **23-81471** only</u>.

2. The Clerk is directed to **list *Lewis, et al. v. Ketchum, et al.* (Case No. 23-61974) as a member case in *Lamborn v. Ketchum, et al.* (Case No. 23-81471)**. Further filings are not to be submitted under the 23-61974 case number which is to remain closed.

3. SteinLaw and Morris Kandinov shall serve as Co-Lead Counsel for the Plaintiffs.

4. The parties shall meet and confer and submit to the Court **within 30 days** of this Order a status update or a proposed schedule governing further proceedings.

**Done and ordered**, in Miami, Florida, on January 18, 2024.

Robert N. Scola, Jr.
United States District Judge